B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>MFM Industries Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>59-3436720 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>3300 SW 34th Avenue, Suite 112<br>Ocala, FL<br>ZIP CODE 34474 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Marion | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 68<br>Lowell, FL<br>ZIP CODE 32663 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>3951 Country Road 329, Reddick, FL 32686 | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13) Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): MFM Industries, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: MFM Delaware, Inc. | Case Number: | Date Filed: 05/28/2013 |
|---|---|---|
| District: Delaware | Relationship: Affiliate | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition
*(This page must be completed and filed in every case.)* | Name of Debtor(s):
MFM Industries, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Frederick B. Rosner
Signature of Attorney for Debtor(s)
Frederick B. Rosner   DE 3995(?)
Printed Name of Attorney for Debtor(s)
The Rosner Law Group LLC
Firm Name
824 N. Market Street, Suite 810
Wilmington, DE 19801
Address
(302) 777-1111
Telephone Number
05/28/2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Matthew A. Crane
Signature of Authorized Individual
Matthew A. Crane
Printed Name of Authorized Individual
President and CEO
Title of Authorized Individual
05/28/2013
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

RESOLUTION OF THE BOARD OF DIRECTORS
TAKEN BY UNANIMOUS WRITTEN CONSENT
OF MFM INDUSTRIES, INC.

Acting by unanimous written consent in accordance with Section 141 of the General Corporation Law of the State of Delaware and the Bylaws of the Company, the undersigned, being all of the members of the Board of Directors of MFM Industries, Inc., a Delaware corporation (the "Company"), hereby waive notice of a meeting and consent to and adopt the following resolutions as the action of the Board of Directors in lieu of a meeting, and hereby direct that this written consent be delivered to the Corporation for inclusion in the minutes or filing with the corporate records.

NOW THEREFORE, BE IT

RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

RESOLVED, that Hugh W. Levey and Matt Crane (each an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as said officer executing the same shall determine and in such form or forms as either such Authorized Officer may approve in such Authorized Officer's sole discretion;

RESOLVED, that the law firms of King & Spalding, LLP with an office currently located at 1185 Avenue of the Americas, New York, New York 10036 and The Rosner Law Group LLC with an office currently located at 824 N. Market Street, Suite 810, Wilmington, DE 19801 be, and hereby are, employed as co-counsel for the Company in connection with the prosecution of the Company's case under chapter 11 of the Code;

RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary, desirable or appropriate in connection with filing the voluntary petition for relief under chapter 11 of the Code, including, but not limited to, motions to obtain the use of cash collateral, to incur debtor in possession financing, to continue and maintain current credit facilities, and to continue and maintain certain other arrangements and programs regarding the sale of accounts receivables, and to take and perform any and all further acts and deeds which they deem

20960149.2

necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain financial advisors, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements, including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments, as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

RESOLVED, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing Resolutions, and all actions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

RESOLVED, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the manager(s) or officers of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

IN WITNESS WHEREOF, the Directors have executed this consent as of May 27, 2013.

/s/ Hugh W. Levey
Hugh W. Levey

/s/ Matthew A. Crane
Matthew A. Crane

/s/ Jim Schneider
Jim Schneider

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MFM INDUSTRIES, INC., | Case No. 13-_____ |
| Debtor. |  |

## DEBTOR'S 20 LARGEST UNSECURED CREDITORS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim. The information herein is true and correct to the best of the Debtor's knowledge, information and belief; however, it shall not constitute an admission of liability by, nor is it binding on, the Debtor, and the Debtor reserves the right to amend the information contained herein.

|  | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 1. | TEREX FINANCIAL SERVICES, INC. 200 Nyala Farm Road Westport, CT 06880 | TEREX FINANCIAL SERVICES, INC. 200 Nyala Farm Road Westport, CT 06880 (877) 837-3922 (203) 643-2324 (Fax) | Trade debt | C, D | $809,539.74 |
| 2. | DELTA EXPRESS SYSTEMS, INC. 4254 B Clark Road Gainesville, GA 30506 | DELTA EXPRESS SYSTEMS, INC. 4254 B Clark Road Gainesville, GA 30506 (770) 983-2551 (770) 983-2335 (Fax) | Trade debt |  | $412,835.87 |
| 3. | CKS / REGAL PLASTICS 2818 Merrell Road Dallas, TX 75229-4701 | CKS / RIGAL PLASTICS 2818 Merrell Road Dallas, TX 75229-4701 (214) 358-2441 (214) 351-0935 (Fax) | Trade debt |  | $275,208.14 |

In re: MFM INDUSTRIES, INC.                                                                 Chapter 11

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 4. | PROENERGY PARTNERS, LP<br>14800 St. Mary's Lane<br>Ste. 107<br>Houston, TX 770790 | PROENERGY PARTNERS, LP<br>14800 St. Mary's Lane<br>Ste. 107<br>Houston, TX 77210<br>(832) 300-0146<br>(832) 300-0016 (Fax) | Trade debt | | $243,955.29 |
| 5. | TOTAL QUALITY LOGISTICS<br>4289 Ivy Pointe Blvd.<br>Cincinnati, OH 45245 | TOTAL QUALITY LOGISTICS<br>4289 Ivy Pointe Blvd.<br>Cincinnati, OH 45245<br>(513) 831-2600<br>(513) 965-7630 (Fax) | Trade debt | | $229,000.00 |
| 6. | ANDURO MANUFACTURING, LLC<br>4279 Roswell Road, # 102<br>Atlanta, GA 30342 | ANDURO MANUFACTURING, LLC<br>4279 Roswell Road, #102<br>Atlanta, GA 30342<br>(800) 792-6990<br>(888) 819.0909 (Fax) | Trade debt | | $186,773.13 |
| 7. | KREBS LAND DEVELOPMENT, LLC<br>184 W Bannerville Rd.<br>Palatka, FL 32177-8208 | KREBS LAND DEVELOPMENT, LLC<br>184 W Bannerville Rd<br>Palatka, FL 32177-8208<br>(386) 937-4308 | Trade debt | | $186,408.00 |
| 8. | HOOD PACKAGING CORPORATION<br>740 CHERAW ROAD<br>Hamlet, NC 28345 | HOOD PACKAGING CORPORATION<br>740 CHERAW ROAD<br>Hamlet, NC 28345<br>(910) 582-1842<br>(910) 582-4207 (Fax) | Trade debt | | $130,495.51 |
| 9. | MAXPAK TOTAL PACKAGING<br>2808 New Tampa Hwy.<br>Lakeland, FL 33815 | MAXPAK TOTAL PACKAGING<br>2808 New Tampa Hwy.<br>Lakeland, FL 33815<br>(863) 682-0123<br>(863) 683-7895 (Fax) | Trade debt | | $106,923.38 |
| 10. | DAYMON WORLDWIDE<br>700 Fairfield Avenue<br>Stamford, CT 06902 | DAYMON WORLDWIDE<br>700 Fairfield Avenue<br>Stamford, CT 06902<br>(203) 352-7500<br>(203) 352-7967 (Fax) | Trade debt | | $82,787.93 |

In re: MFM INDUSTRIES, INC.                                                    Chapter 11

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 11. | MOTION INDUSTRIES<br>1605 Alton Road<br>Birmingham, AL 35210 | MOTION INDUSTRIES<br>1605 Alton Road<br>Birmingham, AL 35210<br>(205) 956-1122<br>(205) 951-1172 (Fax) | Trade debt | | $55,059.50 |
| 12. | ESM METRO<br>2 Van Riper Road<br>Montvale, NJ 07645-0100 | ESM METRO<br>2 Van Riper Road<br>Montvale, NJ 07645-0100<br>(201) 307-9100<br>(201) 782-5153 (Fax) | Trade debt | | $48,038.76 |
| 13. | CADY BAG COMPANY LLC<br>41 Project Circle<br>Pearson, GA 31642 | CADY BAG COMPANY LLC<br>41 Project Circle<br>Pearson, GA 31642<br>(912) 388-4710<br>(877) 887-1402 (Fax) | Trade debt | | $46,632.65 |
| 14. | ADP COMMERCIAL<br>15 Waterview Blvd<br>Parsippany, NJ 07054 | ADP COMMERCIAL<br>15 Waterview Blvd<br>Parsippany, NJ 07054<br>(800) 532-4545 ext.1061<br>(973) 404-5122 (Fax) | Trade debt | | $43,528.00 |
| 15. | CSX TRANSPORTATION<br>500 Water Street<br>15th Floor<br>Jacksonville, FL 32202 | CSX TRANSPORTATION<br>500 Water Street<br>15th Floor<br>Jacksonville, FL 32202<br>(904) 359-3200<br>(904) 782-1409 (Fax) | Trade debt | | $42,580.00 |
| 16. | LETICA CORPORATION<br>52585 Dequindre Road<br>Rochester Hills, MI 48308-5005 | LETICA CORPORATION<br>52585 Dequindre Road<br>Rochester Hills, MI 48307<br>(248) 652-0557<br>(248) 608-2153 (Fax) | Trade debt | | $41,934.88 |
| 17. | BENTONITE PERFORMANCE MINERALS, LLC<br>3000 North Sam Houston Parkway East<br>Houston, TX 77032 | BENTONITE PERFORMANCE MINERALS, LLC<br>P.O. BOX 201346<br>Houston, TX 77216-1346<br>(281) 871-7900<br>(281) 871-7940 (Fax) | Trade debt | | $41,025.00 |

In re: MFM INDUSTRIES, INC.                                                    Chapter 11

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 18. | TECO PEOPLES GAS<br>702 North Franklin Street<br>P.O. Box 2562<br>Tampa, FL 33601-2562 | TECO PEOPLES GAS<br>702 North Franklin Street<br>P.O. Box 2562<br>Tampa, FL 33601-2562<br>(352) 427-0740 or<br>(877) 832-6747<br>(813) 228-1820 (Fax) | Trade debt | | $38,124.30 |
| 19. | CHUCK LATHAM ASSOCIATES, INC.<br>18403 Longs Way<br>Unit 102<br>Parker, CO 80134 | CHUCK LATHAM ASSOCIATES, INC.<br>18403 Longs Way<br>Unit 102<br>Parker, CO 80134<br>(800) 249-3768<br>(303) 841-7232 (Fax) | Trade debt | | $37,168.11 |
| 20. | PROGRESS ENERGY FLORIDA, INC.<br>299 1st Avenue N<br>St. Petersburg, FL 33701 | PROGRESS ENERGY FLORIDA, INC.<br>299 1st Avenue N<br>St. Petersburg, FL 33701<br>(877) 372-8477<br>(727) 820-4466 (Fax) | Trade debt | | $36,756.13 |

## DECLARATION REGARDING
## LIST OF 20 LARGEST UNSECURED CREDITORS

I, Matthew A. Crane, the President and CEO of the Debtor, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: New York, New York
       May 28, 2013                    By:    /s/ Matthew A. Crane
                                                                       Matthew A. Crane
                                                                       President and CEO